# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED

MAR 21 2014

PATRICK KEANEY
Clerk U.S District Court
By_____
Deputy Clerk

GARY WAYNE GRIFFIN,  )
)
Petitioner,  )
)
v.  )   **Case No. CIV 13-091-RAW-KEW**
)
CHAD MILLER, Warden,  )
)
Respondent.  )

## OPINION AND ORDER
## DENYING CERTIFICATE OF APPEALABILITY

On this date the court dismissed petitioner's petition for a writ of habeas corpus as barred by the statute of limitations. After careful review of the record, the court concludes petitioner has not shown "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether [this] court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). *See also* 28 U.S.C. § 2253(c).

**ACCORDINGLY,** petitioner is denied a certificate of appealability. *See* Rule 11(a) of the Rules Governing Section 2254 Cases.

**IT IS SO ORDERED** this 21st day of March 2014.

Ronald A. White

**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**